# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Engle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-627-681**

**Effective Date of Registration:**
October 12, 2018

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | September 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 04, 2018 |
| **Publication Date of Last Issue:** | September 28, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 18 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1200 New Hampshire Ave. NW, Suite 750, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | October 12, 2018 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kary A. Tezla*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-627-714

**Effective Date of Registration:**
September 21, 2018

---

## Title

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** August 2018

## Completion/Publication

**Publication Date of First Issue:** August 01, 2018
**Publication Date of Last Issue:** August 31, 2018
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 19

## Author

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
  **Author Created:** contribution(s) by the same author and claimant
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1200 New Hampshire Ave. NW, Suite 750, Washington, DC, 20036, United
States

## Rights and Permissions

**Organization Name:** DBW Partners LLC d/b/a The Capitol Forum
**Name:** Trevor Baine
**Email:** tbaine@thecapitolforum.com
**Telephone:** (202)601-2304
**Alt. Phone:** (202)601-2300
**Address:** 1200 New Hampshire Ave. NW
Suite 750
Washington, DC 20036 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-629-234**

**Effective Date of Registration:**
August 17, 2018

## Title ─────────────────────────────

|  |  |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | July 2018 |

## Completion/Publication ─────────────────

|  |  |
|---|---|
| **Publication Date of First Issue:** | July 02, 2018 |
| **Publication Date of Last Issue:** | July 30, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 13 |

## Author ─────────────────────────────

|  |  |
|---|---|
| •     **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant ──────────────────────

|  |  |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
|  | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification ────────────────────────

|  |  |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | August 17, 2018 |

─────────────────────────────────────────

|  |  |
|---|---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**TX 8-627-630**

**Effective Date of Registration:**
July 13, 2018

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | June 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 01, 2018 |
| **Publication Date of Last Issue:** | June 29, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | July 13, 2018 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Teylor*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-627-615**

**Effective Date of Registration:**
June 08, 2018

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | May 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | May 01, 2018 |
| **Publication Date of Last Issue:** | May 31, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 19 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | June 08, 2018 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tangle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-627-602**

**Effective Date of Registration:**
May 11, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | April 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | April 02, 2018 |
| **Publication Date of Last Issue:** | April 30, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 21 |

## Author

| | |
|---|---|
| **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | May 11, 2018 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay H. Cegle*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-627-584

**Effective Date of Registration:**
April 04, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | March 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | March 01, 2018 |
| **Publication Date of Last Issue:** | March 30, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 18 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | April 04, 2018 |

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-627-562

**Effective Date of Registration:**
March 07, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | February 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | February 01, 2018 |
| **Publication Date of Last Issue:** | February 28, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 18 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | March 07, 2018 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn A. Tesler*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-627-541

**Effective Date of Registration:**
February 05, 2018

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | January 2018 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | January 02, 2018 |
| **Publication Date of Last Issue:** | January 31, 2018 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 17 |

## Author

| | |
|---|---|
| **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | February 05, 2018 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesle*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-627-501**
**Effective Date of Registration:**
December 04, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | November 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | November 01, 2017 |
| **Publication Date of Last Issue:** | November 30, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 18 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum<br>1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | December 04, 2017 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-629-242**

**Effective Date of Registration:**
November 02, 2017

## Title

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** October 2017

## Completion/Publication

**Publication Date of First Issue:** October 02, 2017
**Publication Date of Last Issue:** October 31, 2017
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 18

## Author

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
  **Author Created:** contribution(s) by the same author and claimant
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1233 20th Street NW #301, Washington, DC, 20036, United States

## Certification

**Name:** Trevor Baine
**Date:** November 02, 2017

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tingle*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-627-297**
**Effective Date of Registration:**
October 09, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | September 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | September 01, 2017 |
| **Publication Date of Last Issue:** | September 29, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 15 |

## Author

| | |
|---|---|
| **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Name:** | Trevor Baine |
| **Email:** | tbaine@thecapitolforum.com |
| **Telephone:** | (202)601-2304 |
| **Alt. Phone:** | (202)601-2300 |
| **Address:** | 1233 20th Street NW #301 |
| | Washington, DC 20036 United States |

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-625-741

**Effective Date of Registration:**
October 05, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | August 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | August 01, 2017 |
| **Publication Date of Last Issue:** | August 30, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Name:** | Trevor Baine |
| **Email:** | tbaine@thecapitolforum.com |
| **Telephone:** | (202)601-2304 |
| **Alt. Phone:** | (202)601-2300 |
| **Address:** | 1233 20th Street NW #301 |
| | Washington, DC 20036 United States |

## Certification

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**TX 8-476-563**

**Effective Date of Registration:**
August 23, 2017

*Kayn Leigh Claggett*

Acting United States Register of Copyrights and Director

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | July 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | July 03, 2017 |
| **Publication Date of Last Issue:** | July 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 18 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | August 23, 2017 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## TX 8-476-604

**Effective Date of Registration:**
July 13, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | June 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | June 01, 2017 |
| **Publication Date of Last Issue:** | June 30, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 19 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | July 13, 2017 |

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-475-971

**Effective Date of Registration:**
July 13, 2017

## Title

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** May 2017

## Completion/Publication

**Publication Date of First Issue:** May 03, 2017
**Publication Date of Last Issue:** May 31, 2017
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 20

## Author

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
  **Author Created:** contribution(s) by the same author and claimant
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1233 20th Street NW #301, Washington, DC, 20036, United States

## Certification

**Name:** Trevor Baine
**Date:** June 09, 2017

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayu̱ Feyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
# TX 8-476-046
**Effective Date of Registration:**
May 17, 2017

## Title _____

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** April 2017

## Completion/Publication _____

**Publication Date of First Issue:** April 03, 2017
**Publication Date of Last Issue:** April 28, 2017
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 15

## Author _____

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
**Author Created:** contribution(s) by the same author and claimant
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1233 20th Street NW #301, Washington, DC, 20036, United States

## Certification _____

**Name:** Trevor Baine
**Date:** May 17, 2017

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Toyle Clyett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-476-004
**Effective Date of Registration:**
April 10, 2017

---

## Title

|  |  |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | March 2017 |

## Completion/Publication

|  |  |
|---|---|
| **Publication Date of First Issue:** | March 01, 2017 |
| **Publication Date of Last Issue:** | March 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 20 |

## Author

|  |  |
|---|---|
| **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

|  |  |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | April 10, 2017 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Tagle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## TX 8-476-178
**Effective Date of Registration:**
March 20, 2017

---

## Title

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** February 2017

## Completion/Publication

**Publication Date of First Issue:** February 01, 2017
**Publication Date of Last Issue:** February 28, 2017
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 18

## Author

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
  **Author Created:** contribution(s) by the same author and claimant
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1233 20th Street NW #301, Washington, DC, 20036, United States

## Certification

**Name:** Trevor Baine
**Date:** March 20, 2017

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaya Tayle Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**

# TX 8-476-156

**Effective Date of Registration:**
February 15, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | January 2017 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | January 03, 2017 |
| **Publication Date of Last Issue:** | January 31, 2017 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 17 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Trevor Baine |
| **Date:** | February 15, 2017 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kaya Teyle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-410-546**

**Effective Date of Registration:**
January 04, 2017

## Title _____

|  |  |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | December 2016 |

## Completion/Publication _____

|  |  |
|---|---|
| **Publication Date of First Issue:** | December 01, 2016 |
| **Publication Date of Last Issue:** | December 29, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 17 |

## Author _____

|  |  |
|---|---|
| •   **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
|  | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification _____

|  |  |
|---|---|
| **Name:** | Malka Zeefe |
| **Date:** | January 04, 2017 |

|  |  |
|---|---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

Registration Number

## TX 8-410-534

Effective Date of Registration:
December 22, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | November 2016 |

## Completion/Publication

| | |
|---|---|
| **Publication Date of First Issue:** | November 01, 2016 |
| **Publication Date of Last Issue:** | November 30, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 18 |

## Author

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification

| | |
|---|---|
| **Name:** | Malka Zeefe |
| **Date:** | December 22, 2016 |

---

| | |
|---|---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## TX 8-393-831

**Effective Date of Registration:**
November 16, 2016

*Kagn Tingle Clagsth*

Acting United States Register of Copyrights and Director

## Title

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** October 2016

## Completion/Publication

**Publication Date of First Issue:** October 03, 2016
**Publication Date of Last Issue:** October 31, 2016
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 16

## Author

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
**Author Created:** contribution(s) by the same author and claimant
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1233 20th Street NW #301, Washington, DC, 20036, United States

## Certification

**Name:** Malka Zeefe
**Date:** November 16, 2016

**Correspondence:** Yes

Page 1 of 1

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Teyle Clagett*

Acting United States Register of Copyrights and Director

**Registration Number**
**TX 8-393-845**
**Effective Date of Registration:**
October 03, 2016

## Title _____

**Title of Work:** The Capitol Forum

**City/State:** Washington, DC
**Month/Year:** September 2016

## Completion/Publication _____

**Publication Date of First Issue:** September 01, 2016
**Publication Date of Last Issue:** September 30, 2016
**Nation of 1st Publication:** United States
**Number of Issues in this Group:** 17

## Author _____

- **Author:** DBW Partners LLC d/b/a The Capitol Forum
  **Author Created:** contribution(s) by the same author and claimant
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** DBW Partners LLC d/b/a The Capitol Forum
1233 20th Street NW #301, Washington, DC, 20036, United States

## Certification _____

**Name:** Malka Zeefe
**Date:** October 03, 2016

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Clayeth*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-459-175**

**Effective Date of Registration:**
August 30, 2016

## Title _____

| | |
|---|---|
| **Title of Work:** | The Capitol Forum |
| **City/State:** | Washington, DC |
| **Month/Year:** | July 2016 |

## Completion/Publication _____

| | |
|---|---|
| **Publication Date of First Issue:** | July 01, 2016 |
| **Publication Date of Last Issue:** | July 28, 2016 |
| **Nation of 1st Publication:** | United States |
| **Number of Issues in this Group:** | 19 |

## Author _____

| | |
|---|---|
| • **Author:** | DBW Partners LLC d/b/a The Capitol Forum |
| **Author Created:** | contribution(s) by the same author and claimant |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | DBW Partners LLC d/b/a The Capitol Forum |
| | 1233 20th Street NW #301, Washington, DC, 20036, United States |

## Certification _____

| | |
|---|---|
| **Name:** | Jay Hunter |
| **Date:** | August 30, 2016 |