# Exhibit C

**From:** █████████████████████████████
**Subject:** ████████
**Date:** November 27, 2018 at 12:18:47 PM EST
**To:** ████████████████████████████████

████████████████

---

**From:** ██████████████████████████████
**Sent:** Tuesday, December 19, 2017 4:59 PM
**To:** Teddy Downey
**Subject:** RE: hey

Teddy,

I'm sorry – yes, I have shared some articles with him. He had done me favors by getting me access to stuff I didn't have, but I should not have sent him anything of yours without your permission.

I really am sorry about this – it will not happen again.

████

**From:** Teddy Downey [mailto:tdowney@thecapitolforum.com]
**Sent:** Tuesday, December 19, 2017 9:09 AM
**To:** ████████████████████████████
**Subject:** hey

hey ████, it has come to my attention that you've sent my friend josh fineman some of our articles?  Is that correct?

Teddy Downey
CEO, Executive Editor
The Capitol Forum
202-601-2302