**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM, <br><br>                    Plaintiff, <br>         v. <br><br> BLOOMBERG, L.P. and BLOOMBERG FINANCE, L.P., <br><br>                    Defendants. | Case No. 19-cv-3715-RBW |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Bloomberg L.P. and Bloomberg Finance L.P. (collectively, "Bloomberg") respectfully request an extension from January 6, 2019, to January 28, 2020, to respond to the complaint filed by Plaintiff DBW Partners, LLC d/b/a The Capitol Forum ("Capitol Forum") on December 12, 2019, and served on Bloomberg on December 16, 2019.  *See* ECF Nos. 1, 5, 6.

Good cause exists to grant this motion.  In the complaint, Capitol Forum has pled over 100 individual copyrighted works and alleged infringements, in addition to a claim for "hot news" misappropriation that was previously dismissed in the prior action.  *See* ECF No. 1 at ¶ 32.  Given the sheer number of alleged instances of infringement and the unusual procedural posture of the "hot news" misappropriation claim, Bloomberg requires additional time to formulate a response to the complaint.  Separately, the Federal Rules contemplate 21 days for defendants to respond to a complaint.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  This schedule would require Bloomberg to respond to the complaint directly after the holidays and would interfere with Bloomberg's counsels' already-scheduled holiday and vacation plans.

Neither Bloomberg nor Capitol Forum has requested a previous extension in this action, and this extension will have no effect on any scheduled deadlines.  Pursuant to Local Civil Rule

7(m), Bloomberg discussed this extension with Capitol Forum's counsel, who agreed to Bloomberg's proposed January 28, 2020 response date.  As such, good cause exists, and Bloomberg respectfully requests that the Court grant its motion for an extension to respond to Capitol Forum's complaint.

Dated:  December 19, 2019
         Washington, D.C.

Respectfully submitted,

/s/ Tara M. Lee
Tara M. Lee (#MD17902)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Fax:  (202) 538-8100
taralee@quinnemanuel.com

Robert L. Raskopf (*pro hac vice* pending)
Jessica A. Rose (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
robertraskopf@quinnemanuel.com
jessicarose@quinnemanuel.com

*Counsel for Defendants Bloomberg L.P.
and Bloomberg Finance L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel for the Plaintiff of the filing.

*/s/ Tara M. Lee*
Tara M. Lee (#MD17902)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I St. NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Fax:  (202) 538-8100
taralee@quinnemanuel.com
