# APPENDIX 1

## INDEX OF EXHIBITS

| Exhibit | Description | Date |
|---|---|---|
| Exhibit A | Capitol Forum Report – Fresenius/NxStage: Hemodialysis Machine Overlap, Negative Customer Reaction, Lack of Clear Fix, Drive Antitrust Risk | August 22, 2017 |
| Exhibit B | Bloomberg *First Word* – NxStage Drops After Capitol Forum Discusses Antitrust Risks | August 22, 2017 |
| Exhibit C | NxStage Medical, Inc. Intraday Stock Price Chart | August 22, 2017 |