**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8285**

WRITER'S EMAIL ADDRESS
**richardsmith@quinnemanuel.com**

December 2, 2020

**VIA ECF**

Judge Reggie B. Walton
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:  *DBW Partners, LLC v. Bloomberg L.P., et al.*, 19-cv-03715-RBW

Dear Judge Walton:

On behalf of Plaintiff DBW Partners, LLC and Defendants Bloomberg L.P. and Bloomberg Finance L.P., I write to inform the Court that the parties have reached a tentative resolution to the claims at issue in the above-captioned matter. As such, the parties respectfully request that the Court delay resolving Defendants' pending Motion to Dismiss, *see* ECF No. 12, and Plaintiff's pending Motion for Partial Summary Judgment, *see* ECF No. 17. The parties intend to file a joint stipulation of dismissal with prejudice shortly.

Respectfully submitted,

*/s/ Richard Smith*

Richard Smith

*Counsel for Defendants Bloomberg L.P.
and Bloomberg Finance L.P.*

cc:  John Williams – Counsel for Plaintiff DBW Partners, LLC

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART