UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DBW PARTNERS, LLC d/b/a THE CAPITOL FORUM,<br><br>                Plaintiff,<br>     v.<br><br>BLOOMBERG, L.P. and BLOOMBERG FINANCE, L.P.,<br><br>                Defendants. | Case No. 19-cv-3715-RBW |

## JOINT NOTICE

**PLEASE TAKE NOTICE** that Plaintiff DBW Partners, LLC and Defendants Bloomberg L.P. and Bloomberg Finance L.P. have reached a tentative resolution to the claims at issue in the above-captioned matter. As such, the parties respectfully request that the Court delay resolving Defendants' pending Motion to Dismiss, *see* ECF No. 12, and Plaintiff's pending Motion for Partial Summary Judgment, *see* ECF No. 17. The parties intend to file a joint stipulation of dismissal with prejudice shortly.

Dated: December 3, 2020
       Washington, D.C.

Respectfully submitted,

*/s/ John B. Williams*
John B. Williams (DC Bar #257667)
Fara N. Kitton (DC Bar #1007793)
WILLIAMS LOPATTO PLLC
1200 New Hampshire Ave., NW, Ste. 750
Washington, DC 20036
Tel.: (202) 296-1611
jbwilliams@williamslopatto.com

*Counsel for Plaintiff*

*/s/ Richard C. Smith*
Richard C. Smith (#498177)
Allison L. McGuire (#187809)
Quinn Emanuel Urquhart & Sullivan, LLP

1300 I St. NW, Suite 900
Washington, D.C.  20005
Telephone:  (202) 538-8000
Fax:  (202) 538-8100
richardsmith@quinnemanuel.com
allisonmcguire@quinnemanuel.com

Robert L. Raskopf (admitted *pro hac vice*)
Jessica A. Rose (admitted *pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
robertraskopf@quinnemanuel.com
jessicarose@quinnemanuel.com

*Counsel for Defendants Bloomberg L.P.
and Bloomberg Finance L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify counsel of record of the filing.

                                            */s/ John B. Williams*
                                            John B. Williams